UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRYAN BARNES**            **PLAINTIFF**

VS.        **CASE NO. 3:05CV000263 JMM**

**WATERLOO INDUSTRIES**            **DEFENDANT**

**ORDER**

For good cause shown, plaintiff's unopposed Motion for Voluntary Dismissal is granted (#18). Plaintiff's complaint is dismissed without prejudice and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED THIS   20   day of   September  , 2006.


_____
James M. Moody
United States District Judge